UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
EDUARDO R. CRUZ,

              Plaintiff,         **O R D E R**

-against-                    CV-05-2393( SJ)

MTLR CORP & ALLISSON DESOUZA,

              Defendants,
------------------------------X

    An initial conference will be held in the above-captioned case on June 22, 2005 at 1:15 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 333 at 225 Cadman Plaza East, Brooklyn, New York.  All counsel must be present.  In the event this case becomes eligible for arbitration before the scheduled conference, please call 718-260-2530 to cancel.

    **<u>Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference</u>**.  No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
       May 19, 2005

                                          s/JMA
                                    _____
                                    **JOAN M. AZRACK**
                                    **UNITED STATES MAGISTRATE JUDGE**